UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN J. SUSA, et al.,<br><br>    Defendants. | Case No. 21-cv-06402-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 1 |

Plaintiff filed the complaint in this matter on August 19, 2021. (Dkt. No. 1.) Defendants did not appear, and the Clerk of Court entered Default on November 2, 2021. (Dkt. No. 13.). Plaintiff has taken no further action since that order issued, for 171 days.

The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 6, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that if no response is filed by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: April 25, 2022

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge